UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CAROL ARNOLD,                                                    Civil 04-4714 JRT/FLN

      Plaintiff,

v.                                                                                 **ORDER**

BOND & MASICA, PLC,
ANDY BOND,

      Defendants.

_____

THOMAS J. LYONS, JR., **CONSUMER JUSTICE CENTER**, 342 County Road D East, Little Canada, Minnesota 55117, for plaintiff.

MARK A. MASICA, **MASICA LAW OFFICE**, 500 Park Place Center, 5775 Wayzata Blvd., St. Louis Park, Minnesota 55416; and ANDY L. BOND, **BOND LAW OFFICE**, 8441 Wayzata Blvd., Suite 320, Golden Valley, Minnesota 55426, for defendants.

_____

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements, or attorney's fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 31, 2005
at Minneapolis, Minnesota                                                 s/John R. Tunheim
                                                                      JOHN R. TUNHEIM
                                                                United States District Judge